THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tisha Louise
 McCollum, Appellant.
 
 
 

Appeal From Charleston County
 J. C. Buddy Nicholson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2007-UP-417
Submitted October 1, 2007  Filed October
 8, 2007    
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Tisha Louise McCollum, entered a plea of no
 contest to use of a vehicle without permission.  The trial court sentenced her
 to one year, suspended upon service of time served and three years of
 probation.  McCollums counsel
 attached to the brief a petition to be relieved as counsel, stating that she
 had reviewed the record and concluded this appeal lacks merit.  McCollum did
 not file a separate pro se brief.  After a thorough review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.